IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL W. SHIPMAN,

 Plaintiff,

v.                    Civ. No. 13-306  LH/GBW

NM DEPARTMENT OF CORRECTIONS, et al.,

 Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* pursuant to 28 U.S.C. § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure.  The summons that were issued for Defendants Arnold, Sammons, and Trist have been returned unexecuted, with indications that Defendants are not employed at the addresses provided by Plaintiff. *See Kelly v. Wilson*, 426 F. App'x 629, 630-31 (10th Cir. 2011) (noting plaintiff's obligation to provide defendant's address for service by the Marshal and to comply with the fundamental requirements of the Federal Rules); *Caldwell v. Martin*, Nos. 95-6101, 95-6381, 1996 WL 731253, at *1 (10th Cir. Dec. 20, 1996).

 IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this Order, Plaintiff file a response with a current address for serving these Defendants or otherwise show cause, if any, why his claims against these Defendants should not be dismissed.

             _____
             GREGORY B. WORMUTH
             UNITED STATES MAGISTRATE JUDGE